# Third District Court of Appeal

## State of Florida

Opinion filed March 1, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1802
Lower Tribunal No. 10-42184

————————

**Menachem Mayberg,**
Appellant,

vs.

**Shaquille O'Neal,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Stok Kon + Braverman, Yosef Kudan, Robert A. Stok and Joshua R. Kon (Ft. Lauderdale), for appellant.

Carlton Fields, Benjamine Reid and Nathaniel G. Foell, for appellee.

Before FERNANDEZ, C.J., and HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>O'Neal v. Darling & Mayberg</u>, 321 So. 3d 309, 310 (Fla. 3d DCA 2021).